UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| KEITH CLEVELAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00160-JPH-MJD |
| | ) | |
| DANIEL BEDWELL, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**Order Denying Motion for Leave to Proceed *In Forma Pauperis***

Plaintiff Keith Cleveland, an inmate at Wabash Valley Correctional Facility, filed this action on March 23, 2020, and sought leave to proceed *in forma pauperis*. Dkt. 2. On March 24, 2020, Mr. Cleveland was instructed to submit a copy of the transaction history associated with his institution trust account to allow the Court to rule on his motion for leave to proceed *in forma pauperis*. Dkt. 5.

However, Mr. Cleveland is ineligible to proceed *in forma pauperis* because he has "struck out" under 28 U.S.C. § 1915(g). *See Cleveland v. Indiana State Prison, et al.*, 3:20-cv-260-JD-MGG, dkt. 2 (N.D. Ind. Mar. 26, 2020) (listing cases where Mr. Cleveland accumulated a strike).

Therefore, the Court **rescinds** the Notice of Deficiency, dkt. [5], issued March 24, 2020. Mr. Cleveland's motion for leave to proceed *in forma pauperis*, dkt. [2], is **denied**. Mr. Cleveland shall have **through May 8, 2020,** to pay the $400.00 filing fee to the clerk of the district court. The failure to pay the filing fee by this deadline will result in the dismissal of this action without further notice.

**SO ORDERED.**

1

Date: 4/13/2020

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

KEITH CLEVELAND
270035
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
6908 S. Old US Hwy 41
P.O. Box 1111
CARLISLE, IN 47838